RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
SHREVEPORT, LOUISIANA
DATE 4/23/14
Smd

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-00088-01 |
| | * | |
| | * | 26 U.S.C. §7201 |
| versus | * | |
| | * | JUDGE FOOTE |
| | * | |
| JOSEPH ANTHONY LANZA | * | MAGISTRATE JUDGE HORNSBY |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
Attempt to Evade and Defeat Payment of Tax
26 U.S.C. §7201

Beginning in or about January 2005 and continuing until on or about February 11, 2010, in the Western District of Louisiana, JOSEPH ANTHONY LANZA, a resident of Shreveport, Louisiana, did willfully attempt to evade and defeat the payment of a large part of the income tax due and owing by him to the United States of America for the calendar years 1996 through 1999, 2001, 2002, and 2004 through 2007, in the amount of $1,604,133, by concealing and attempting to conceal from the Internal Revenue Service the nature and extent of his assets and the location thereof, and placing funds and property in the names of nominees.

All in violation of Title 26, United States Code, Section 7201. [26 U.S.C. §7201]

A TRUE BILL:

*REDACTED*
GRAND JURY FOREPERSON

STEPHANIE A. FINLEY
United States Attorney

*[signature]*

WILLIAM J. FLANAGAN (#5603)
Counsel to the United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600