UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:14-CR-00088-01** |
| vs. | **JUDGE FOOTE** |
| **JOSEPH ANTHONY LANZA** | **MAGISTRATE JUDGE HORNSBY** |

## MINUTES OF COURT - CHANGE OF PLEA

**APPEARANCES**:

| | | |
|---|---|---|
| **HON**.  Elizabeth E. Foote | U. S. DISTRICT JUDGE | **DATE:** September 8, 2015 |
| Barbara Simpson | COURT REPORTER | COURT OPENED: 1:30 p.m. |
| Kathy Keifer | COURTROOM DEPUTY | COURT ADJOURNED: 2:40 p.m. |
| | | **STATISTICAL TIME: 01:10** |

**DEFENDANT: JOSEPH ANTHONY LANZA**          __X__ Defendant present, on bond

GOVERNMENT COUNSEL: William Flanagan

DEFENSE COUNSEL: Peter Flowers, W. Deryl Medlin (retained)

__X__   CASE called for Change of Plea on Indictment

   __X__  Defendant under oath
   __X__  Defendant advised of Rule 11 rights
   ____   Waiver of Indictment signed
   __X__  Plea of Guilty to Count 1 of the Indictment
   __X__  Presentence report ordered
   __X__  Sentencing set for December 16, 2015, at 1:30 p.m.

**FILINGS**:
   __X__  Plea Agreement, Affidavit of Understanding
   __X__  Stipulated Factual Basis

**COMMENTS**:

The Government's Motion under U.S.S.G. § 3E1.1(b) (Acceptance of Responsibility) is contained in the plea agreement.

All materials related to the amount of taxes evaded must be submitted by the Defendant to the Government and Probation by October 5, 2015.  The Government's response is due by October 19, 2015.   All other sentencing memoranda must be submitted to chambers no later than Tuesday, December 1, 2015.

All previously ordered bond conditions remain in effect and Defendant is ordered to appear for sentencing on December 16, 2015, at 1:30 p.m.